UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: EARIXSON, PATRICIA | § | Case No. 09-71108 |
| | § | |
| MUSSELMAN, PATRICIA | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/02/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2009        By: /s/JAMES E. STEVENS
                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: EARIXSON, PATRICIA | § | Case No. 09-71108 |
| | § | |
| MUSSELMAN, PATRICIA | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 4,200.92

*and approved disbursements of*     $ 5.25

*leaving a balance on hand of* [1]     $ 4,195.67

Claims of secured creditors will be paid as follows:

*Claimant*     *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 1,050.23 | $ |
| Attorney for trustee | Barrick, Switzer Law Firm | $ 825.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*     *Fees*     *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
Other _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,288.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 9,789.20 | $ 975.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 746.32 | $ 74.36 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 989.26 | $ 98.57 |
| 4 | TARGET NATIONAL BANK | $ 948.72 | $ 94.53 |
| 5 | CHASE BANK USA | $ 3,877.03 | $ 386.30 |
| 6 | Chase Bank USA,N.A | $ 507.43 | $ 50.56 |
| 7 | Recovery Management Systems Corporation | $ 6,430.63 | $ 640.74 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 2                   Date Rcvd: Oct 23, 2009
Case: 09-71108                 Form ID: pdf006              Total Noticed: 35

The following entities were noticed by first class mail on Oct 25, 2009.
db           +Patricia Earixson,    1006 Clay Street,    Woodstock, IL 60098-2808
aty          +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 E. Monroe St. # 3400,
               Chicago, IL 60603-5920
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
13684022     +AT&T Mobility,    Bankruptcy Department,    PO Box 6428,    Carol Stream, IL 60197-6428
13684018     +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
13684013     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13973699     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13684007     +CITI/Shell,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
13684006     +CPU/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
13684011     +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
14080983     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
13684000     +Downey Savings & LOAN,    Attn: Bankruptcy Dept.,    3501 Jamboree Rd Ste 410,
               Newport Beach, CA 92660-2939
13684002     +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
13684003     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
13684009     +Exxmblciti,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
14283171      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13684016     +GEMB/HOME DESIGN-HI-PJ,    Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
13683999     +GMAC Mortgage,    Attn: Bankruptcy Dept.,    Po Box 4622,    Waterloo, IA 50704-4622
13684010     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
13684001     +Harris N A,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine, IL 60094-4034
13684015     +Michael D. Fine,    Bankruptcy Department,    2200 N Seminary Ave,    Chicago, IL 60614
13684019     +Nation Star,    Attn: Bankruptcy Dept.,    PO BOX 829009,    Dallas, TX 75382-9009
13684020      Orchard Bank,    Attn: Bankruptcy Dept.,    941 Corporate Center Dr.,    Pomona, CA 91768-2642
13925224     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13684021     +Phillips,    Attn: Bankruptcy Dept.,    PO BOX 689058,    Des Moines, IA 50368-9058
13941172     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13684012     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
13684008     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
13684004     +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
13684014     +clerk of the McHenry Circ Ct,    Doc# 09SC548,    2200 N Seminary Ave,    Woodstock, IL 60098-2637
The following entities were noticed by electronic transmission on Oct 23, 2009.
13891128      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2009 04:17:44     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13684017     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2009 04:17:44     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
13823285      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05     GE Money Bank,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
13684005     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 24 2009 04:18:09     Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14196041     +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
               Recovery Management Systems Corporation,    For GE Money Bank,    dba HOME DESIGN-HI-PJL/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: jshores              Page 2 of 2              Date Rcvd: Oct 23, 2009
Case: 09-71108                Form ID: pdf006            Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2009**                              **Signature:**    *Joseph Speetjens*