**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: EARIXSON, PATRICIA | § Case No. 09-71108 |
| | § |
| MUSSELMAN, PATRICIA | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $809,825.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,320.44 | Claims Discharged Without Payment: $35,410.15 |
| Total Expenses of Administration: $1,880.48 | |

3) Total gross receipts of $ 4,200.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,200.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $804,182.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,880.48 | 1,880.48 | 1,880.48 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 14,442.00 | 35,568.77 | 23,288.59 | 2,320.44 |
| **TOTAL DISBURSEMENTS** | $818,624.00 | $37,449.25 | $25,169.07 | $4,200.92 |

4) This case was originally filed under Chapter 7 on March 23, 2009.
. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2010      By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| tax refund | 1124-000 | 4,200.00 |
| Interest Income | 1270-000 | 0.92 |
| **TOTAL GROSS RECEIPTS** | | **$4,200.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nation Star | 4110-000 | 97,460.00 | N/A | N/A | 0.00 |
| Downey Savings & LOAN | 4110-000 | 625,000.00 | N/A | N/A | 0.00 |
| GMAC Mortgage | 4110-000 | 71,197.00 | N/A | N/A | 0.00 |
| Harris N A | 4210-000 | 10,525.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$804,182.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,050.23 | 1,050.23 | 1,050.23 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 825.00 | 825.00 | 825.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.25 | 5.25 | 5.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,880.48 | 1,880.48 | 1,880.48 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 9,789.20 | 9,789.20 | 975.38 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 746.32 | 746.32 | 74.36 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 989.26 | 989.26 | 98.57 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| TARGET NATIONAL BANK | 7100-000 | N/A | 948.72 | 948.72 | 94.53 |
| CHASE BANK USA | 7100-000 | N/A | 3,877.03 | 3,877.03 | 386.30 |
| Chase Bank USA,N.A | 7100-000 | N/A | 507.43 | 507.43 | 50.56 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 6,430.63 | 6,430.63 | 640.74 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 12,280.18 | 0.00 | 0.00 |
| Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| HSBC Bank | 7100-000 | 2,297.00 | N/A | N/A | 0.00 |
| Kohls/Chase | 7100-000 | 597.00 | N/A | N/A | 0.00 |
| THD/CBSD | 7100-000 | 3,710.00 | N/A | N/A | 0.00 |
| Orchard Bank | 7100-000 | 2,160.00 | N/A | N/A | 0.00 |
| Phillips | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| CPU/CBSD | 7100-000 | 681.00 | N/A | N/A | 0.00 |
| AT& T MOBILITY | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 3,597.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 14,442.00 | 35,568.77 | 23,288.59 | 2,320.44 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-71108 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | EARIXSON, PATRICIA | Filed (f) or Converted (c): | 03/23/09 (f) |
| | | §341(a) Meeting Date: | 04/29/09 |
| Period Ending: | 02/16/10 | Claims Bar Date: | 07/31/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1006 Clay Street Woodstock residence | 625,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 10072 Dana Dr. CA (Rental Property) | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | tax refund | 5,800.00 | 4,200.00 | DA | 4,200.00 | FA |
| 6 | checking account with Harris | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | checking account with Harris Bank | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods; Bog screen TV, DVD player, | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Books, Compact Discs, Tapes/Records, Family Pict | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | Earrings, watch, costume jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Harris N A - 2007 Chevrolet HHR. | 10,525.00 | 0.00 | DA | 0.00 | FA |
| 15 | Family Pets/Animals. | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.92 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $809,825.00 | $4,200.00 | | $4,200.92 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    August 31, 2009          Current Projected Date Of Final Report (TFR):    October 19, 2009 (Actual)

Printed: 02/16/2010 09:49 AM    V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-71108 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | EARIXSON, PATRICIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | 54-6833914 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 02/16/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/09 | {3} | Patricia Jean Earixson | tax refund | 1124-000 | 4,200.00 | | 4,200.00 |
| 05/28/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #09-71108 | 2300-000 | | 5.25 | 4,194.75 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 4,194.88 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,195.06 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,195.23 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,195.40 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,195.57 |
| 10/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 4,195.67 |
| 10/19/09 | | To Account #********9966 | transfer to close money market account | 9999-000 | | 4,195.67 | 0.00 |

| | ACCOUNT TOTALS | 4,200.92 | 4,200.92 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 4,195.67 | |
| | Subtotal | 4,200.92 | 5.25 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $4,200.92 | $5.25 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71108 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | EARIXSON, PATRICIA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****99-66 - Checking Account |
| Taxpayer ID #: | 54-6833914 | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 02/16/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/09 | | From Account #********9965 | transfer to close money market account | 9999-000 | 4,195.67 | | 4,195.67 |
| 11/30/09 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $825.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 825.00 | 3,370.67 |
| 11/30/09 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,050.23, Trustee Compensation; Reference: | 2100-000 | | 1,050.23 | 2,320.44 |
| 11/30/09 | 103 | DISCOVER BANK | Dividend paid 9.96% on $9,789.20; Claim# 1; Filed: $9,789.20; Reference: | 7100-000 | | 975.38 | 1,345.06 |
| 11/30/09 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 9.96% on $746.32; Claim# 2; Filed: $746.32; Reference: | 7100-000 | | 74.36 | 1,270.70 |
| 11/30/09 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 9.96% on $989.26; Claim# 3; Filed: $989.26; Reference: | 7100-000 | | 98.57 | 1,172.13 |
| 11/30/09 | 106 | TARGET NATIONAL BANK | Dividend paid 9.96% on $948.72; Claim# 4; Filed: $948.72; Reference: | 7100-000 | | 94.53 | 1,077.60 |
| 11/30/09 | 107 | CHASE BANK USA | Dividend paid 9.96% on $3,877.03; Claim# 5; Filed: $3,877.03; Reference: | 7100-000 | | 386.30 | 691.30 |
| 11/30/09 | 108 | Chase Bank USA,N.A | Dividend paid 9.96% on $507.43; Claim# 6; Filed: $507.43; Reference: | 7100-000 | | 50.56 | 640.74 |
| 11/30/09 | 109 | Recovery Management Systems Corporation | Dividend paid 9.96% on $6,430.63; Claim# 7; Filed: $6,430.63; Reference: | 7100-000 | | 640.74 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,195.67 | 4,195.67 | $0.00 |
| Less: Bank Transfers | 4,195.67 | 0.00 | |
| Subtotal | 0.00 | 4,195.67 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,195.67 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****99-65 | 4,200.92 | 5.25 | 0.00 |
| Checking # ***-*****99-66 | 0.00 | 4,195.67 | 0.00 |
| | $4,200.92 | $4,200.92 | $0.00 |

{} Asset reference(s)   Printed: 02/16/2010 09:49 AM  V.11.54



JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2009 through December 31, 2009

Account Number: **000312196359966**

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273

00018388  802 24 00410 - NNNNN  1 000000000 60 0000
09-71108 EARIXSON PATRICIA
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,195.67 |
| Checks Paid | 9 | - 4,195.67 |
| Ending Balance | 9 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 12/01 | $825.00 |
| 102 | 12/01 | 1,050.23 |
| 103 | 12/04 | 975.38 |
| 104 | 12/07 | 74.36 |
| 105 | 12/07 | 98.57 |
| 106 | 12/03 | 94.53 |
| 107 | 12/03 | 386.30 |
| 108 | 12/03 | 50.56 |
| 109 | 12/04 | 640.74 |
| **Total Checks Paid** |  | **$4,195.67** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $2,320.44 |
| 12/03 | 1,789.05 |
| 12/04 | 172.93 |
| 12/07 | 0.00 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 31, 2009 through November 30, 2009
Account Number: **000312196359965**

## CUSTOMER SERVICE INFORMATION

Service Center:    **1-800-634-5273**



00018397    802 24 33509 - NNNNN  6  000000000  60 0000
09-71108 EARIXSON PATRICIA
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $0.92 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $0.92.

**JPMorganChase**

May 30, 2009 through June 30, 2009
Account Number: **000312196359965**

ACCOUNT # 000312196359965
EARIXSON PATRICIA
09-71108

**IMAGES**

JPMORGAN CHASE BANK, N.A.
VOID AFTER 90 DAYS 1001
1-2/210
TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 09-71108 MB | EARIXSON, PATRICIA |
| 312196359965 | |
| BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #09-71108 # 0160 | |

Date 05/28/2009 $ ***********5.25

---Five Dollars and 25/100

Pay to the Order of INTERNATIONAL SURETIES, LTD.
210 BARONNE STREET, SUITE 210
NEW ORLEANS LA 70112

JAMES E. STEVENS

⑈00001001⑈ ⑆021000021⑆312196359965⑈ ⑈0000000525⑈

005980725848 JUN 12 #0000001001 $5.25

PAY TO THE ORDER OF
WHITNEY NATIONAL BANK
INTERNATIONAL SURETIES, LTD.
GLOBAL SURETY, LLC
1F ACCT# 71179544

WHITNEY NL BANK
06/11/09
0220604990

005980725848 JUN 12 #0000001001 $5.25

# JPMorganChase

IMAGES

ACCOUNT # 000312196359966
EARIXSON PATRICIA
09-71108

December 01, 2009 through December 31, 2009
Account Number: 000312196359966

Check images:

- Check #101, dated 11/30/2009, $825.00, payable to Barrick, Switzer Law Firm, 6833 Stalter Drive, Rockford IL 61108. Memo: "Eight Hundred Twenty-Five Dollars and 00/100". Signed James E. Stevens. Reference: "Unclaimed paid 100.00% on $825.00, Attorney for Trustee Fees (Trustee Fees)". Case 09-71108 MD, 312196359966, Debtor: EARIXSON, PATRICIA.

- Check #102, dated 11/30/2009, $1,050.23, payable to James E. Stevens, 6833 Stalter Drive, Rockford IL 61108. Memo: "One Thousand Fifty Dollars and 23/100". Signed James E. Stevens. Reference: "Unclaimed paid 100.00% on $1,050.23, Trustee Compensation". Case 09-71108 MD, 312196359966, Debtor: EARIXSON, PATRICIA.

Endorsements: PAY TO THE ORDER OF ALPINE BANK 071823307, FOR DEPOSIT ONLY, BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, ATTORNEYS AT LAW, ROCKFORD IL, 7004593

0043113003001001504B

JPMorganChase

December 01, 2009 through December 31, 2009

Account Number: **000312196359966**

ACCOUNT # 000312196359966
EARIXSON PATRICIA
09-71108

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 103

Case 09-71108 MB 312196359966 — Debtor EARIXSON, PATRICIA

Dividend paid 9.96% on $9,789.20, Claim# 1, Filed $9,789.20, Reference 2986-1226-9799

JAMES E. STEVENS, 6833 STALTER, ROCKFORD IL 61108

Date 11/30/2009 $ *********975.38

---Nine Hundred Seventy-Five Dollars and 38/100

Pay to the Order of DISCOVER BANK, DFS Services LLC, PO Box 3025, New Albany OH 43054-3025

JAMES E. STEVENS

⑈00000103⑈ ⑆021000021⑆312196359966⑈ ⑈0000097538⑈

001880352170 DEC 04 #0000000103 $975.38

0220414044

00857305 00000035 120409 301

06 XXXXXXXXXXXX9799

FOR DEPOSIT ON...

001880352170 DEC 04 #0000000103 $975.38

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 104

Case 09-71108 MB 312196359966 — Debtor EARIXSON, PATRICIA

Dividend paid 9.96% on $746.32, Claim# 2, Filed $746.32, Reference 359 148 204

JAMES E. STEVENS, 6833 STALTER, ROCKFORD IL 61108

Date 11/30/2009 $ *********74.36

---Seventy-Four Dollars and 36/100

Pay to the Order of PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services, PO Box 19008, Greenville SC 29602

JAMES E. STEVENS

⑈00000104⑈ ⑆021000021⑆312196359966⑈

002580944729 DEC 07 #0000000104 $74.36

FOR DEPOSIT ONLY [illegible]

20091203 031 007 4002

002580944729 DEC 07 #0000000104 $74.36

December 01, 2009 through December 31, 2009

Account Number: **000312196359966**

ACCOUNT # 000312196359966
EARIXSON PATRICIA
09-71108




002580944730 DEC 07 #0000000105 $98.57



002580944730 DEC 07 #0000000105 $98.57



005880594040 DEC 03 #0000000106 $94.53



005880594040 DEC 03 #0000000106 $94.53

December 01, 2009 through December 31, 2009
Account Number: **000312196359966**

ACCOUNT # 000312196359966
EARIXSON PATRICIA
09-71108

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 107
1-2/210

Case 09-71108 MB Debtor EARIXSON, PATRICIA
312196359966
Dividend paid 9.96% on $3,877.03; Claim# 5; Filed $3,877.03; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ *********386.30

---*Three Hundred Eighty-Six Dollars and 30/100*

Pay to the Order of CHASE BANK USA
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE WA 98121

JAMES E. STEVENS

⑈0000010 7⑈ ⑆021000021⑆312196359966⑈

005880594039 DEC 03 #0000000107 $386.30

005880594039 DEC 03 #0000000107 $386.30

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 108
1-2/210

Case 09-71108 MB Debtor EARIXSON, PATRICIA
312196359966
Dividend paid 9.96% on $507.43; Claim# 6; Filed $507.43; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ **********50.56

---*Fifty Dollars and 56/100*

Pay to the Order of Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas TX 75374

0450692058

JAMES E. STEVENS

⑈00000108⑈ ⑆021000021⑆312196359966⑈ ⑈0000005056⑈

005880001820 DEC 03 #0000000108 $50.56

005880001820 DEC 03 #0000000108 $50.56

JPMorganChase

December 01, 2009 through December 31, 2009

Account Number: **000312196359966**

ACCOUNT # 000312196359966
EARIXSON PATRICIA
09-71108

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS** 109
1-2/210

| Case | Debtor |
|---|---|
| 09-71108 MB 312196359966 | EARIXSON, PATRICIA |
| Dividend paid 9.96% on $6,430.63, Claim# 7, Filed: $6,430.63, Reference: | |

TID 4330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ *********640.74

***Six Hundred Forty Dollars and 74/100***

Pay to the Order of
Recovery Management Systems Corporation
For GE Money Bank,dba HOME
DESIGN-III-PJL/GEMB,25 SE 2nd Ave Ste 112
Miami FL 33131

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000109⑈ ⑆021000021⑆312196359966⑈

008390260441 DEC 04 #0000000109 $640.74

008390260441 DEC 04 #0000000109 $640.74

10183880606000000066

00431130030010015052